IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

*OKLAHOMA CITY, OKLAHOMA*

*DATE:* May 23, 2005

| | |
|---|---|
| ADNAN ALYASSERI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-04-991-T |
| ) | |
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| a foreign insurance company; and JABAR ) | |
| NAJI AL-NALI, ) | |
| ) | |
| Defendants ) | |

*ENTER ORDER:*

The Court has before it "Plaintiff's Motion to Compel Defendant Jabar Naji-Al-Nali to Answer Discovery," filed May 20, 2005, and the response thereto filed on behalf of Defendant Jabar Naji Al-Nali by the attorney retained by his insurance company. In light of the fact that each of the twelve requests for admission are deemed admitted based on Defendant Al-Nali's failure to timely respond thereto, Fed.R.Civ.P. 36(a), as well as the attorney's statements regarding the insurance company's inability to locate Defendant Ali-Nali which are set forth in the response to Plaintiff's motion to compel, Plaintiff is directed to identify the relief he seeks through his motion to compel.

*ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE RALPH G. THOMPSON*

    Robert D. Dennis, Clerk

    By: /s/ Mike Bailey
        Deputy Clerk

Copies to parties of record.